UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANETTE R. MACK,<br><br>                              Plaintiff,<br><br>        -against-<br><br>SALSUM TRUCKING LLC and SAADIQ ABDI MUSE,<br><br>                              Defendants. | Case No. 1:22-cv-04671 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 4, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 12. The Civil Case Management Plan and Scheduling Order entered by Judge Torres on July 22, 2022, continues to remain in effect. ECF No. 10. As contemplated by that Order, IT IS HEREBY ORDERED that the parties shall appear for a post-discovery pretrial conference on **January 6, 2023,** at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER ORDERED that on or before **December 30, 2022**, the parties shall file a joint letter, not to exceed three pages, regarding the status of the case and any issues the parties intend to address at the January 6, 2023 conference.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at that time.

Dated:  October 5, 2022
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge